IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY SCOTT BRUSATORI,

      Plaintiff,                        No. CIV S-10-2396 GGH

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendants.                <u>ORDER TO SHOW CAUSE</u>

_____/

          On September 29, 2010, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form.  Pursuant to that order, within 15 days from the September 29th filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process.  The court has not received a proof of service showing that the defendant has been served, and the U.S. Marshal has no record of the documentation being filed with their office.

\\\\\

\\\\\

\\\\\

1

1 THEREFORE, plaintiff is ordered to show cause, within fourteen (14) days, why
2 this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).
3 DATED: March 16, 2011

                                                /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

brusatori.osc