IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY SCOTT BRUSATORI,

      Plaintiff,                                No. CIV S-10-2396 GGH

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendants.                   <u>ORDER</u>

_____/

        On March 17, 2011, this court issued an order to show cause why the case should not be dismissed for plaintiff's failure to provide forms for service to the United States Marshal. On April 1, 2011, plaintiff filed a satisfactory response. Therefore, the order to show cause will be discharged. Plaintiff has also requested additional time to provide the forms for service to the U.S. Marshal.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The order to show cause, issued March 17, 2011, is discharged.

        2. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

        3. Within fourteen days from the date of this order, plaintiff shall submit to the

1

1  United States Marshal an original and five copies of the completed summons, five copies of the
2  complaint, five copies of the scheduling order and a completed USM-285 form and *shall file a*
3  *statement with the court that said documents have been submitted to the United States Marshal.*
4  DATED:   April 13, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

6  GGH:076/brusatori.svc