KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707) 822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Jeffery Scott Brusatori, | Case No.: 2:10-CV-02396-GGH |
| Plaintiff, | STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Jeffery Scott Brusatori may have an extension until September 19, 2011, in which to file plaintiff's motion for summary judgment.

This is plaintiff's first request.

Dated:  August 31, 2011                              /s/_____
                                                     Kenneth J. Collins
                                                     Attorney for Plaintiff


Dated: _____                    *Patrick William Snyder*
                                                     As Authorized by Telephone August 30, 2011
                                                     Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: September 1, 2011     /s/ Gregory G. Hollows
                             Gregory G. Hollows
                             United States Magistrate Judge