KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707) 822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Jeffery Scott Brusatori,<br><br>            Plaintiff,<br><br>       vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>            Defendant | Case No.:  2:10-CV-02396-GGH<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Jeffery Scott Brusatori may have an extension until September 19, 2011, in which to file plaintiff's motion for summary judgment.

   This is plaintiff's first request.

Dated:  August 31, 2011                  /s/_____
                                          Kenneth J. Collins
                                          Attorney for Plaintiff


Dated:  _____               *Patrick William Snyder*
                                          As Authorized by Telephone August 30, 2011
                                          Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: September 1, 2011               /s/ Gregory G. Hollows
                                       Gregory G. Hollows
                                       United States Magistrate Judge