BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8927
    Facsimile:  (415) 744-0135
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JEFFREY SCOTT BRUSATORI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:10-cv-02396 GGH<br><br>**STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have an extension of time of 30 days to file his motion for summary judgment up to and including October 19, 2011.  The motion is currently due on September 19, 2011. This extension is being sought to supplement the administrative record with a copy of the ALJ's decision.  The administrative record is currently missing several pages of the ALJ's decision.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Kenneth James Collins to affix his electronic signature to this document.

Respectfully submitted,

Dated: September 16, 2011    */s/ Kenneth James Collins*
                             _____
                             KENNETH JAMES COLLINS
                             (as authorized telephonically on September 16, 2011)
                             Attorney at Law
                             Attorney for Plaintiff

Dated: September 16, 2011    BENJAMIN B. WAGNER
                             United States Attorney
                             DONNA L. CALVERT
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                    By:      */s/ Patrick William Snyder*
                             _____
                             PATRICK WILLIAM SNYDER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 19, 2011

                              /s/ Gregory G. Hollows
                             _____
                             UNITED STATES MAGISTRATE JUDGE