KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707) 822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Jeffery Scott Brusatori,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:  2:10-CV-02396-GGH<br><br>STIPULATION TO DISMISSAL OF COMPLAINT |

　　　　IT IS HEREBY STIPULATED by and between plaintiff Jeffery Scott Brusatori and Michael J. Astrue, Commissioner of Social Security, that this matter be dismissed, each party to bear its own fees, costs, and expenses.

Dated:  October 19, 2011　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  October 19, 2011　　　　　　　　　Patrick William Snyder
　　　　　　　　　　　　　　　　　　　　　As Authorized by Telephone October 19, 2011
　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
2
3
4  Dated: October 24, 2011                    /s/ Gregory G. Hollows
5                                             _____
                                               Gregory G. Hollows
                                               United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25