KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707) 822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Jeffery Scott Brusatori, | Case No.:  2:10-CV-02396-GGH |
| Plaintiff, | STIPULATION TO DISMISSAL OF COMPLAINT |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between plaintiff Jeffery Scott Brusatori and Michael J. Astrue, Commissioner of Social Security, that this matter be dismissed, each party to bear its own fees, costs, and expenses.

Dated:  October 19, 2011          /s/_____
                                   Kenneth J. Collins
                                   Attorney for Plaintiff

Dated: October 19, 2011         Patrick William Snyder
                                As Authorized by Telephone October 19, 2011
                                Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 24, 2011                    /s/ Gregory G. Hollows

                                                                Gregory G. Hollows
                                                                United States Magistrate Judge